MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Rana S, Coleman On Behalf of Rscoleman and Associates Staffing LLC | Case: 4:25−cv−10812<br>Assigned To : Behm, F. Kay<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 3/24/2025<br>Description: CMP Rana Coleman v.<br>U.S. Department of Education (tt) |

Case No. _____

*(to be filled in by the Clerk's Office)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

v.

The U.S. Department of Education

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rana S. Coleman |
| Street Address | 9000 E. Jefferson Ave Apt 9-15 |
| City and County | Detroit Wayne |
| State and Zip Code | Michigan 48214 |
| Telephone Number | 3134042741 |
| E-mail Address | Msranacoleman@gmail.com |

    **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S Department Of Education |
| Job or Title (if known) | Federal Agency |
| Street Address | 400 Maryland Avenue SW |
| City and County | Washington DC |
| State and Zip Code | Washington DC 20202 |
| Telephone Number | (202) 4012000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Title VI of the Civil Rights Act of 1964

Violation of the Fouthteenth Amendment of the U.S. Consistution- The Equal Protection Clause

Violation of the Fith Amendment - The Due Process Clause

Violation of the First Amendment-Infringement on protected speech and advocacy

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* _____,
       is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the
       State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the
       State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____, and
       has its principal place of business in the State of *(name)*
       _____. Or is incorporated under the laws of
       *(foreign nation)* _____, and has its principal place
       of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000 based on the substantial potential harm caused by the enforcement of the executive orders .This includes the threat of diminished future funding opportunities, strained partnerships and disruptions that threaten Plaintiff's mission.

### III. Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On January 20th, 2025, and January 21st, 2025, the President issued Executive Orders 14151 and 14173. These orders mandated the elimination of diversity, equity, inclusion, and accessibility (DEIA) programs. Subsequently, on February 14th, 2025, the Department of Education issued a "Dear Colleague" letter, directing institutions, including those supported by historically Black colleges and universities (HBCUs), to comply with these executive orders.RSColeman & Associates Staffing LLC, a Black woman-owned advocacy and staffing firm, helps Black students, including those attending HBCUs, secure internships and professional positions within the legal professionwhile providing opportunities for marginalized groups. The enforcement of the executive orders and the Department of Education's directive has directly harmed RSColeman's ability to fulfill its mission. These actions threaten to diminish funding opportunities, disrupt crucial partnerships, and hinder efforts to advocate for racial equity and create pathways to equitable employment.Unless enforcement of the executive orders is halted, the harm to RSColeman will persist, jeopardizing the critical work the firm undertakes to support HBCUs, Black students, and other marginalized communities.

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaimtiff request that the court implements an injunction to prevent the enforcement of executive orders 14151 and 14173 and related guidance including the February 14th 2025 Dear Colleague letter and FAQ by declaring these actions unconsitutional, awarding plaintiff reasonable attorney's fees and cost incurred  in bringing this action an f grant any other relief that this court deems just and equitable.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/22, 20 25.

Signature of Plaintiff     _[signature]_

Printed Name of Plaintiff     Rana S. Coleman

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

On January 20, 2025, President Donald J. Trump issued Executive Order 14151, directing federal agencies to eliminate offices, positions, and programs related to diversity, equity, inclusion, and accessibility (DEIA). On January 21, 2025, President Donald J. Trump issued Executive Order 14173, further emphasizing the elimination of DEIA initiatives and imposing civil investigations, funding restrictions, and potential legal consequences on institutions and organizations promoting DEIA. This administration and the Department of Education seek to return America to a dark time in its history, where inequities were the norm and discrimination was accepted. The Department of Education, as well as this administration, speaks as if erasing DEIA will ultimately erase Black Americans and other minorities from existence in this country. Not only is this utterly disrespectful and distasteful, but it also serves as an insult to the intelligence of the American people. The executive orders issued by the Department of Education and President Trump worsen the challenges faced by Historically Black Colleges and Universities (HBCUs) and Black students. The executive orders issued by the Department of Education and President Trump intensify the challenges faced by Historically Black Colleges and Universities (HBCUs) and Black students by targeting the very programs designed to support their success. HBCUs, race-based scholarships, financial aid programs, and organizations such as the Divine Nine were established because Black students were denied the right to attend other colleges in America during the era of Jim Crow laws, which enforced racial segregation and restricted access to education. These orders dismantle funding streams for these critical programs and discourage institutions from engaging in initiatives that celebrate and preserve Black history. By undermining DEIA programs, the orders enable the narratives of Black Americans who have built and formed this country since the arrival of their enslaved ancestors centuries ago. Furthermore, they pave the way for downplaying its atrocities and the systemic inequities it created, which continue to affect Black communities today. Organizations like the United Negro College Fund (UNCF) have played a vital role in supporting Historically Black Colleges and Universities and providing scholarships and resources to Black students for decades. Founded on the principle of ensuring educational opportunities for all, the UNCF's work underscores the continued need for targeted initiatives to address historical inequities and promote Black student success in higher education. The present Executive Orders and the Department of Education's actions threaten the very institutions and support systems that organizations like the UNCF strive to strengthen. The principles of equality and the rejection of segregation in education were foundational to the Civil Rights Movement, resulting in the landmark Supreme Court decision of Brown v. Board of Education, 347 U.S. 483 (1954). In this pivotal ruling, the Supreme Court declared that in the field of public education, "separate educational facilities are inherently unequal," recognizing the profound and damaging impact of segregation on Black students. This decision laid the groundwork for federal intervention to ensure equal educational opportunities for all Americans, particularly Black Americans who had historically faced systemic discrimination. The present Executive Orders and the Department of Education's actions risk undermining the progress achieved continued on next pg

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rana S. Coleman On Behalf of Rscoleman and Associates Staffing LLC
9000 E. Jefferson Ave Apartment 9-15 Detroit MI 48214

## DEFENDANTS
The U.S. Department of Education
400 Maryland Avenue SW Washington DC 20202

**(b)** County of Residence of First Listed Plaintiff ____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  U.S
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*
Pamela Bondi
950 Pennsylvania Ave NW Ste 7141, Washington, DC 20530

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VI, 42 U.S.C. § 2000d et seq.

Brief description of cause:
Violation of Title VI of The Civil Rights Act (1964)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 0.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE ____  DOCKET NUMBER ____

DATE ____  SIGNATURE OF ATTORNEY OF RECORD ____

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?   ☐ Yes  ☐ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :