UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RANA S. COLEMAN, on behalf of RSCOLEMAN AND ASSOCIATES STAFFING, LLC,<br><br>　　　Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　Defendants.<br>_____ / | Case No. 25-10812<br><br>F. Kay Behm<br>United States District Judge |

**ORDER GRANTING EXTENSION OF TIME TO OBTAIN REPRESENTATION (ECF No. 6)**

　　Plaintiff "Rana S. Coleman, on behalf of RSColeman & Associates Staffing, LLC" ("RSColeman") filed this civil action in the Eastern District of Michigan on March 24, 2025. ECF No. 1. Although brought by "Rana S. Coleman" on "behalf of" RSColeman LLC, it appeared from the face of the complaint that the LLC is the true party in interest. *See, e.g.*, ECF No. 1-1, PageID.12; Fed. R. Civ. P. 17(a) ("An action must be prosecuted in the name of the real party in interest."). A corporation may not litigate a case pro se; it must have a lawyer represent it or risk default or dismissal. *See, e.g., SEC v. Merklinger*, 489 F. App'x 937,

1

939-40 (6th Cir. 2012) ("A corporate officer may not appear in federal court on behalf of the corporation; rather, the corporation must be represented by counsel.") (citing *Taylor Steel, Inc. v. Keeton*, 417 F.3d 598, 603 (6th Cir. 2005)).  The court therefore ordered that Plaintiff had 30 days to obtain representation or the case would be dismissed.  ECF No. 4.

Plaintiff now moves for an additional 60 days from the current deadline to obtain representation and avers that she has diligently attempted to find representation so far (ECF No. 6).  She also attests that she has meetings set up with potential attorneys in the coming weeks.  The court therefore **GRANTS** the motion for an extension of time and extends the deadline to obtain counsel 60 days from the current deadline of April 23.  Plaintiff now has until and including June 22, 2025, to obtain representation.  Failure to obtain representation by that date will result in dismissal of the case without prejudice.  Plaintiff is also reminded that because the application to proceed *in forma pauperis* was denied, even if representation is found, Plaintiff will also need to pay the filing fee to proceed, or else face dismissal on that ground.

It is therefore **FURTHER ORDERED** that the filing fee shall be due within 14 days after an attorney makes an appearance in this case, or June 22, 2025, whichever is sooner.

**SO ORDERED**.

Date: April 17, 2025                           s/F. Kay Behm
                                               F. Kay Behm
                                               United States District Judge