UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RANA S. COLEMAN, on behalf of RSCOLEMAN AND ASSOCIATES STAFFING, LLC, | Case No. 25-10812 <br><br> F. Kay Behm <br> United States District Judge |
| Plaintiff, <br> v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendant. <br> _____ / | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: June 25, 2025         s/ F. Kay Behm
                            F. Kay Behm
                            United States District Judge

1